NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000665
23-MAY-2018
01:34 PM

NO. CAAP-17-0000665

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IL SIN CORPORATION, a Hawaii corporation,
Lienor-Appellant,
v.
GINNA CHOCK, individually and in her capacity as
Trustee of that certain unrecorded
REVOCABLE LIVING TRUST OF GINNA CHOCK,
dated December 8, 2003, Respondent-Appellee,
and
DOE ENTITIES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(M.L. NO. 16-1-0046 (BIA) (Mechanic's Lien))

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge and Leonard and Reifurth, JJ.)

Upon consideration of Lienor-Appellant Il Sin Corporation's (Il Sin) January 3, 2018 Notice of Dismissal, which the court construes as a motion to dismiss the appeal (Motion),[1] it appears that (1) the appeal has not been docketed; (2) Il Sin seeks to dismiss the appeal because the parties reached a settlement agreement and filed in the underlying case, M.L. No. 16-1-0046, a "Stipulation For Dismissal of Application For

---

[1] Counsel for Il Sin is cautioned that dismissal of an appeal should be done via a stipulation for dismissal, or by motion and notice, filed in this court. See Hawai'i Rules of Appellate Procedure (HRAP) Rule 42.

Mechanic's Lien and Materialman's Lien Filed on November 2, 2016 With Prejudice" on December 1, 2017; and (3) there is good cause to grant the requested relief, pursuant to HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, May 23, 2018.


Chief Judge


Associate Judge


Associate Judge